**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01704-BNB

LAWRENCE W. LOGAN,

    Plaintiff,

v.

MR. BUNCH, Correctional Officer,
MR. POTTER, Correctional Officer,
MR. SPROUL, Unit Manager, and
MR. WILEY, Warden,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On August 10, 2009, Plaintiff filed a "Motion to Use Compulsory Process" (Doc. #7) requesting that the Court direct prison staff to provide him with a certified copy of his trust fund account statement and to pick-up his outgoing mail.  The Court received a certified copy of Plaintiff's account statement on August 10, 2009.  Plaintiff's Motion, therefore, is DENIED as moot.

Dated:  August 11, 2009