IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01704-REB-BNB

LAWRENCE W. LOGAN,

Plaintiff,

v.

MR. BUNCH, Correctional Officer,
MR. POTTER, Correctional Officer,
MR. SPROUL, Unit Manager, and
MR. WILEY, Warden,

Defendants.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated September 24, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01704-REB-BNB

Lawrence W. Logan
Reg. No. 15586-045
ADX – Florence
PO Box 8500
Florence, CO 81226

Mr. Bunch, Mr. Potter,
Mr. Sproul and Mr. Wiley - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Chris Synsvoll for service of process on Mr. Bunch,
Mr. Potter, Mr. Sproul and Mr. Wiley; to United States Attorney General; and to the United
States Attorney's Office: COMPLAINT FILED 7/17/09, SUMMONS, WAIVER*, AND
NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on _9/25/09_ .

                                        GREGORY C. LANGHAM, CLERK

                                        By:_____
                                                    Deputy Clerk