IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01704-REB-BNB

LAWRENCE W. LOGAN,

Plaintiff,

v.

MR. BUNCH, Correctional Officer,
MR. POTTER, Correctional Officer,
MR. SPROUL, Unit Manager, and
MR. WILEY, Warden.

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Preserve Evidence** [Doc. # 12, filed 08/14/2009] (the "Motion"). The Motion is DENIED.

The plaintiff filed his Prisoner Complaint (the "Complaint") on July 10, 2009 [Doc. #3]. The Complaint alleges that prison officials are placing "buggers," "nose hair," and semen in his food. He requests that the court provide him with "evidence bags" and "cold storage" to "preserve the DNA evidence" for "possible future testing by a qualified lab to either support or discredit the plaintiff's claims."

The court does not supply DNA testing material to litigants.

IT IS ORDERED that the Motion is DENIED.

Dated October 28, 2009.

                                                  BY THE COURT:

                                                   s/ Boyd N. Boland
                                                  United States Magistrate Judge